## HOPKINS v. ELLIOTT.

Court of Appeals of Kentucky.

(Decided Dec. 4, 1934.)

E. J. PICKLESIMER for movant.

A. F. CHILDERS, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## INTER-OCEAN CASUALTY COMPANY et al. v. DESKINS.

Court of Appeals of Kentucky.

(Decided Nov. 15, 1934.)

HOWARD & MAYO for appellants.

HILL & HOBSON, E. P. HILL, Jr., and JOE HOBSON for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.

## AMERICAN LIFE & ACCIDENT COMPANY v. HENNING.

Court of Appeals of Kentucky.

(Decided Dec. 7, 1934.)

L. B. ALEXANDER for movant.

W. A. BERRY and J. F. NICHOLSON, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.